IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Giusto, | NO. C 09-03357 JW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Washington Mutual Bank FA, et al., | |
| Defendants. | |

On July 22, 2009, Plaintiff filed his Complaint. (Docket Item No. 22.) Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had until November 19, 2009 to serve Defendants. To date, the record reflects that Defendants have not been served and there is no motion by Plaintiff for an extension of time to serve Defendants. In fact, Plaintiff has otherwise failed to communicate with the Court and failed to comply with the Clerk's two notices regarding his failure to register as an e-filer and to e-file his Complaint. (See Docket Item Nos. 3, 4.)

On January 5, 2010, the Court issued an Order to Show Cause re: Dismissal. (Docket Item No. 5.) In its Order, the Court directed Plaintiff to file a certification on or before January 15, 2010, and show cause why this case should not be dismissed for failure to prosecute. (Id.) The Court warned that if "Plaintiff fails to file the certification, the January 25 hearing will be vacated automatically and the case will be dismissed." (Id.) To date, Plaintiff has failed to file the required certification. It appears that Plaintiff has abandoned this litigation.

Accordingly, the Court VACATES the January 25 hearing and DISMISSES this action pursuant to Fed. R. Civ. 4(m). The Clerk shall close this file.

Dated: January 19, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John Wesley Villines, john@jvlaw.net

**Dated: January 19, 2010**                          **Richard W. Wieking, Clerk**

                                                                 **By:**    **/s/ JW Chambers**
                                                                                                  **Elizabeth Garcia**
                                                                                                  **Courtroom Deputy**